IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:   GLENN M. SWIATEK                                                     Case No. 4:95mc40302

_____/

## ORDER OF SUSPENSION

This court has received notice from the United Sates Court of Appeals for the Eleventh Circuit that Glenn M. Swiatek has been indefinitely suspended from practice before that court by order dated October 19, 2011.

Pursuant to Local Rules 11.1(E)(3), Glenn M. Swiatek is hereby suspended immediately from practicing in the Northern District of Florida until further order of the court.

DONE AND ORDERED this 1st day of November, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**