IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:   PETIA DIMITROVA KNOWLES             Case No. 4:95mc40302

_____/

### ORDER OF SUSPENSION

This court has received notice by Order of the Supreme Court of Florida dated January 17, 2012, in *The Florida Bar v. Petia Dimitrova Knowles*, Case No. SC10-1019, that Petia Dimitrova Knowles has been suspended from the practice of law.

Pursuant to Local Rules 11.1(E)(3), Petia Dimitrova Knowles is hereby suspended immediately from practicing in the Northern District of Florida until further order of the court.

**DONE AND ORDERED** this 17th day of February, 2012.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**